IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TYREE WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**T. RASHID, et al.,**<br><br>Defendants. | Case No. 2:17-cv-01934-TLN-CKD (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

The Court, having considered Defendants Gonzales, Jones, Rashid, and Willick's motion to modify the Discovery and Scheduling Order, and good cause having been found:

**IT IS HEREBY ORDERED**: the Discovery and Scheduling Order is modified to extend discovery up to and including September 13, 2018.

Dated: August 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1