UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE WASHINGTON,<br><br>         Plaintiff,<br><br>    v.<br><br>T. RASHID, et al.,<br><br>         Defendants. | No. 2:17-cv-01934-TLN-CKD<br><br>**ORDER** |

On May 4, 2018, the remaining Defendants filed a motion asking that this Court treat the magistrate judge's January 26, 2018 "screening order" as a "report and recommendation." In the motion, Defendants assert that in the "screening order" the magistrate judge "dismissed certain Defendants from this action." (ECF No. 19 at 2.) However, a review of the docket reveals that, the magistrate judge did not dismiss any Defendants on January 26, 2018. Rather, she recommended "that all [D]efendants other than Rashid, Willick, Gonzalez and Jones be dismissed." That recommendation was adopted by Judge Garland Burrell on February 12, 2018. Accordingly, Defendants' May 4, 2018 Request for Ruling is DENIED.

IT IS SO ORDERED.

Dated: August 22, 2018

Troy L. Nunley
United States District Judge